**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELLEE KIDD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES POLICE DEPARTMENT,<br><br>　　　　Defendant. | Case No. CV 10-0104 VBF (JCG)<br><br>ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED |

　　　　On February 1, 2010, plaintiff Angellee Kidd ("Plaintiff"), proceeding *pro se*, filed a civil rights complaint ("Complaint") pursuant to 42 U.S.C. § 1983.  On April 21, 2010, this matter was reassigned to the undersigned judicial officer.  On May 24, 2010, the Court *sua sponte* screened the Complaint, and found several deficiencies in the pleading. *(See* Ord. at 4-8.)  Accordingly, the Court dismissed the Complaint, but granted Plaintiff leave to amend, including with specific guidance and instructions on the filing of a first amended complaint, if she so chose to do so.  (*Id.* at 7.)

　　　　Plaintiff was granted up to and including June 24, 2010 to file a first amended complaint. (Ord. at 7.)  As of today's date, nearly one week later, Plaintiff still has not filed a first amended complaint.

　　　　Accordingly, within **fourteen (14)** days of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed

for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that her failure to timely file a response to this Order to Show Cause will be deemed by the Court as consent to the dismissal of this action without prejudice.

DATED: June 30, 2010

_____
HON. JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE