1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELLEE KIDD,<br><br>                    Plaintiff,<br><br>          v.<br><br>LOS ANGELES POLICE<br>DEPARTMENT,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. CV 10-0104 VBF (JCG)

ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Magistrate Judge's Report and Recommendation.  No objections to the Report and Recommendation have been filed.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and adopted.

2. Judgment shall be entered dismissing this action without prejudice.

3. The Clerk shall serve copies of this Order and the Judgment on the parties.

Dated: 8-30-10

_Valerie Baker Fairbank_
_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE