# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ANGELLEE KIDD, | ) Case No. CV 10-0104 VBF (JCG) |
|---|---|
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| LOS ANGELES POLICE DEPARTMENT, | ) |
| Defendant. | ) |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: 8-30-10

_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE